1 **WO**

2
3
4
5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE DISTRICT OF ARIZONA

8

9 United States of America,           )   06-1679M
                                      )
10        Plaintiff,                  )   **MATERIAL WITNESS ORDER**
                                      )
11 vs.                                )
                                      )
12                                    )
   Jose Florencio Galindo-Juarez,     )
13                                    )
          Defendant.                  )
14                                    )
                                      )
15

16       Defendant(s), Jose Florencio Galindo-Juarez, having been charged in the District

17 of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the

18 Court having determined from the affidavit of Daniel Rodriguez, Senior Patrol Agent, filed

19 in this case, the following person(s) can provide testimony that is material to the offense(s)

20 alleged in the complaint:

21     1-Margarito Perez-Martinez

22     The Court finds that it may become impracticable to secure the presence of the

23 witness(es) by subpoena in further proceedings because they are not in the United States

24 legally and have no legal residence or employment in this Country.

25     **IT IS ORDERED** that the witness(es) shall be detained pursuant to 18 USC §

26 3144 in a corrections facility separate, to the extent practicable, from person(s) awaiting

27 or

28

1  serving sentences or being held in custody pending appeal. The witness(es) shall be
2  afforded a reasonable opportunity for private consultation with counsel.
3       DATED this 3rd day of April, 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge