**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-1679M |
| ) | |
| Jose Florencio Galindo-Juarez, ) | |
| ) | O R D E R |
| ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3144, Rules 15(a) and 46(h), F.R.Cr.P. and General Order No. 98-44 of the United States District Court for the District of Arizona, that the depositions of the following material witness(es) will be taken by video tape on 04/11/2006 at 10:30 AM , unless an objection is raised by a party, and after a Rule 15 hearing, the Court vacates this Order and either postpones or denies the taking of deposition(s):

Margarito Perez-Martinez

Counsel for the parties--plaintiff, defendant(s) and material witness(es)--and defendant(s)  shall be present at the above time.

The United States Attorney shall advise the defendant(s) in writing, prior to the time set for the depositions, of any additional charges the Government intends to bring against the defendant (s)arising out of the same set circumstances alleged in the complaint.

1   The date(s) and place(s) where the offense(s) occurred as well as the name(s)

2   of any undocumented alien(s) to be named as the person(s) transported, induced

3   to enter the country, harbored, etc. shall be provided.

4         IT IS FURTHER ORDERED that the United States shall comply with

5   its discovery obligations pursuant to Rule 15(e)(3), F.R.Cr.P., by making available

6   to the defendant "...any statement of the witness being deposed...."

7         IT IS FURTHER ORDERED that the U.S. Marshal arrange for

8   defendant(s)  who are in custody to appear at the disposition hearing.

9         IT IS FINALLY ORDERED that pursuant to General Order No. 98-44

10  that all counsel and defendant(s) shall physically appear at the aforesaid video

11  deposition(s) and any court proceeding immediately following the video

12  deposition(s) of the material witness(es) to show cause why the material

13  witness(es) should not be immediately discharged and/or released from the

14  custody of the U.S. Marshal and be delivered to the custody of the Bureau of

15  Immigration and Customs Enforcement.

16        DATED this 30th   day of March, 2006.

17

18  _____

19  Lawrence O. Anderson
    United States Magistrate Judge

20

21

22

23

24

25

26

27

28